437 A.2d 1036

Covington, Jr., Appellant v. Covington.

Argued September 10, 1980.
Marilyn J. Gelb, for appellant; Pershing N. Calabro, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

440 A.2d 1237

Hnasko, Appellant v. Sypeck.
Reargument Denied Feb. 10, 1982.

Argued December 2, 1980. Thomas J. Sharkey, for appellant; Neil L. Conway, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.